**LODGED**
CLERK, U.S. DISTRICT COURT

2/15/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DTA_____ DEPUTY

2:22-cv-01021-UA

# United State's Federal Court Of The Copyright Compulsory Circuit

To the Federal Reserve Board,

adBank® was approved by the Federal Reserve on February 2020. It's important to note, that you registrar the Copyright from Congress as a Federal Reserve Bank instead. The consequences are severely rising if there is any further delay's. Only **FABIAN BARAJAS** is the owner/ CEO of such bank. You are obligated to compute the Compulsory amount from the Copyright Circuit in order to settle the relief and deposit from damages the defendant's caused.

**EXHIBIT A: Defendant's Damages Report on the Monetary System.**

On December 21st 2021, at approximately 6:24 AM Los Angeles Time, the Federal Reserve made a decision to automate the Stock Market(s). The Federal Reserve System is being PENALIZED for ignoring all adBank® Financial & Economic Reports. With great respect, the Federal Reserve made a mistake by not settling the adBank® Deposit in order to drive Technological Advancements acknowledging the Economic Agenda.

FEDERAL VIOLATION— it is Illegal to stimulate the Monetary System without properly examining      the Economic Dynamics according to Labor Demand.

I
**12/22/2021 REPORT**
It's important to evaluate this year's Holiday Shopping Earnings by means, Consumer Demand **V.** all total(s) from Stimulus Check(s). Considering the current Market Rate(s), the decision to automate the Market(s) yesterday, will have a negative impact to our nation's financial(s). In this case, the Federal Reserve Board is obligated to eliminate the issues/ individuals responsible. A Death Penalty shall be enforced to fraudulent charges in order to secure our own freedom of belief and the future financial(s) of our system.

As Digital Currency transition(s) into a new trend, the Federal Government must evaluate and or begin regulating Computer System's/ Financial System's. The Federal Reserve Board is authorized on behalf of adBank®, to request an amount from the Congressional Appropriations Bill  and update all Retail Checkout System(s) before "LLC's" fraudulently take over like Google LLC & the Bank Of America ATM's/ Visa Google Wallet Fraudulent Card's. Finally, an evaluation on Consumer Demand is an obligation immediately. This

includes a evaluation  based on Federal Aid for lower class. According to the  adBank® supervisory report, the Federal Government shall eliminate Food Stamps and Housing Assistance to stabilize the National Labor Demand. Lower class shall adopt to the work force rather than dealing with aiding the Lower Class. I'll be on stand by and on the look out!

**FRAUD REPORT 12/25/2021 7:21PM:**
"Delano" continues to have fraudulent Information and cards by which, many attempts have been made to secure the amount of money "Delano" has by assumption. adBank® is supervising the vulnerability risks associated with the Defendant's attempt to defraud the System. At the moment, I am oddly confused about the test. Either the Federal Government is committing fraud or with, "Delano", however, I feel obligated to supervise my Settlement Deposit and the Federal Compulsory Circuit. According to the

recent STRESS TEST evaluation, there's no reason for the delay of receiving such deposit acknowledging the Demand for adBank®. Regardless of potential fraud from the Federal Reserve itself, I had to take my own risks of withdrawing my Bank Of America -$69. Setting up a time limit response test, account closure will determine the adequate trustworthy partnership. Taking the adBank® award amount for fraud would result in a higher debt rate dramatically than, investing the deposit into adBank® as planned. The Federal Reserve must rely on getting any amount(s) released to "Delano" back.

An agreement with the IRS has been established for Consumer Demand within the next year's. We've determined after several years returning higher revenue to Married couples with children, we shall balance the system by increasing the Revenue Returns to Single individuals according to future Marketing/ Advertising Release(s) to stimulate the Market(s).

**Los Angeles Film School Closure**
Please note, on behalf of the US Department Of Education, closure of the school and obtain full federal ownership of the properties is obligated. On behalf of the Entertainment Media Rating Administration, the Federal Reserve System is welcoming adBank® as a new official Digital Currency Bank. This bank shall host as a Community bank headquartered in Hollywood, CA., taking new ownership at this precise location. adBank® has taken the authenticity lead of the Copyright Royalty Compulsory Intellectual Property of America and shall serve Gaming Consumer's with Digital Wallet Deposit(s) for Apple Pay®. Beating all Bitcoin and or Cryptocurrency Mining as the new United States Digital (USD). This absolutely sets the first milestone of regulating other online *third-parties as, for instance, GOOGLE LLC "It truly is an Honor partnering with the Federal Reserve in such transition in time. It's never been a much better time to merge the TV and Radio Royalty Compulsory Circuit into a bank by which, resulted as our very own Digital Currency. Not only will adBank® provide Copyright*

*owner's with Competitive Earnings, it will pursue the Digital Wallet aspect of our nation's currency all in one account."*

*– CEO adBank®; Fabian Barajas.*

**What happened?**
**Exhibit B:**

The Director of the Entertainment Media Rating Administration, Copyright Royalty Judge and CEO of adBank®, <u>FABIAN BARAJAS,</u> establishes a new important Judicial business of Federal Courts and declare's the Copyright Compulsory Circuit.

adBank® was approved **February 2020** by the Federal Reserve System. The US Copyright Compulsory Circuit is being transferred to only Mr. Fabian Barajas and converted into the 1st Digital Currency Bank of the Federal Reserve System. ONLY FABIAN BARAJAS IS AUTHORIZED TO USE/ REQUEST FUNDS FROM THE FEDERAL RESERVE SYSTEM. PRE-REGISTERED FEDERAL COPYRIGHT and ownership of the Digital Currency Intellectual Property of the United State's.

JUDICIAL BUSINESS OF THE COURT

Budget(s) shall be funded under a Congressional Appropriations Bill. This bill shall budget content from the US Entertainment Media Industry only. Content shall advance the technological revolution from this point forward. The Television and Radio Circuit is being transferred into a bank in order to extend the Digital Value further regarding Technology and Digital Payments. At the moment, America is currently transitioning from Gasoline and Oil Vehicles into Electrical Vehicles. The Federal Reserve Board has closed the deal with our *Middle Eastern* friends. However, inflation continues to grow without any fromConsumer DEMAND. **CONSUMER DEMAND** is an essential dynamic drive that stimulates our Monetary System. Digital value is found within the Advertising and Marketing value which places our Nostalgic Point in time that sets the adequate trend. *Trends* creates the overall competitiveness for consumer's and drive our Stock Market's. According to our Economy, services shall become instantaneously. adBank® shall place Video Advertising during intermission(s) in order to monetize the Copyright Owner's Time Tab(s). However, the Compulsory Value is being stretched from the Copyright Advertisement Revenue

separate from Apple Pay® Compulsory. On the other hand, I, Fabian Barajas maintain's full loyalties and trustworthy with the Federal Reserve System. I understand I am accountable for any fraudulent activities that are consequential to serve on my behalf.I am even responsible for any Reasonable Death Penalties if Guilty for ADEQUATE FRAUD. Until then, I am INNOCENT and PROTECTED UNDER THE FEDERAL RESERVE's WING. The Federal Reserve System shall hold my Account(s) OPEN as protection and shall investigate ALL POTENTIAL THREATS EMERGING AND OR REPORT(s) FROM THE ACCOUNT HOLDER HIMSELF. **Representation**

Syllabus

# US COPYRIGHT (adBank®) VS. GOOGLE ADSENSE et al.

## FINAL DECISION DECEMBER 3rd 2021.

In February 2014, a student from the Los Angeles Film School named Fabian Barajas, used his educational rights to profit using Google Adsense. Google Adsense is an online third party service by which, pay's publisher's revenue generated from a Google Adsense Code placed on site's you own. Google Adsense is charged with Infringement of Copyright for benefiting from the student's discovery. Google Adsense generate's revenue from *"text/ image's Advertising"* placed on your YouTube video's only. The student came across Google AdWords as a instant demand towards the Google Adsense Metrical System. The student used website's by which he placed the YouTube Video Code consisting the video he edited himself, in order to study the visitors metrics. Google Adsense is being sued for jealously, stopping the meters. Google Adsense purposely stopped the meters below the threshold amount so Mr. Barajas never received adequate payment. Instead, Google infringed upon the accomplishments and released **AppleTV, YouTubeTV, Hulu, PeacockTV** and other subscription Service's illegally. Copyright Royalty Judge FABIAN BARAJAS withdrew for further study a Copyright PRE-REGISTRATION to revise the procedure for filing reports of cases held under submission for more than 90 days in the courts of appeals and cases and motions held under advisement more than 60 days in the district courts.

During the infringement, the plaintiff/ student suffered from annoying distress. The plaintiff was being followed and tracked both physically and cyber-ly. The suspicious behavior resulted to be Google AdWords which is a violation of their own policies. According to Google's *cookie* policies, Google places/ displays Advertisements that fall as your best interests. The plaintiff experienced just about the exact opposite and thus, Google went against the plaintiff's best interests. As a public third-party agency or "LLC", this behavior violates the CONSUMER PROTECTION ACT and the DODD-FRANK WALL ST. REFORM ACT. Google "LLC" is charged with such violations and the plaintiff wins the case after the Internal Revenue Service investigation noticed the meters we're purposely paused. On that note, the Los Angeles Film School shall be shutting down by the Federal Government for UN-Accreditation resulting as FRAUD for infringement of the student's work rather than, *accrediting* the work. The Los Angeles Film School used the student's data as a source to hack the MacBook Pro which is given to each student enrolled. According to Apple Inc., Google is charged with numerous illegal act's since it is against the law to hack a MacBook Computer. Apple Inc. is represented with the plaintiff since the student's data was purposely exposed from the defendant's and used for SLANDER purposes. During the investigations, I acknowledged that Google had *freeloaded* from the iPhone's Release EST. 2007 success with YouTube. However, according to the CONSUMER PROTECTION ACT AND DODD-FRANK WALL ST. REFORM ACT, it's important to measure and balance a fair competition between the 2 brand's/ identities. Apple Inc. must separate itself away from Google "LLC" completely. Apple Inc. have it's own consumers which rely on the product/ hardware(s) owned by Apple Inc. only. When comparing Google's Demand characteristics, Google must focus on it's own product's in order to meet fair competition regulations. In 2016, Google attempted to take over the Macintosh System and left consumer's data vulnerable. The privacy vulnerability caused the Apple Value drop tremendously and left consumer's loose interests. Apple Inc. has been No. 1 in the market since 2013. The Google Adsense System generate's Revenue from Android and Apple Inc. user's. This case consists concern's over the safety of our consumer's that are responsible for the overall DEMAND. If Google endanger's our CONSUMER'S, the Federal Government is absolutely permitted to FIX THE LLC ISSUE(s) accordingly. Not to mention the obligation to investigate

the death of Steve Jobbs and if, Google is responsible than, this falls under the Anti-Competitive factor. This is where *Facebook and Instagram* began loosing Consumer's Interest's because Google infringed over it's advertising platform's and made consumer's accessible to advertising. This is Anti-Competitiveness because the public is overlooked as CONSUMER'S and *not as advertiser's.* Suddenly, Obama comes along with *Nutella Bill(s)* which made the situation worse and caused CONSUMER DEMAND to fall. As the Defendant's are responsible for crashing the Stock's, the infringement of the subscription services are lacking a Consumer's DEMAND. Content found within these services are oddly awkward to watch. Investigation indicates there is just too many services to subscribe too which is unbalanced according to competitors. For instance, SATELLITE AND CABLE TELEVISION have lost their viewership to online infringement services that provide the same content found in each services so why are consumers being pressured to buy these subscription services? The Entertainment Industry is found abandoned after 2016. A new CONGRESSIONAL APPROPRIATION BILL is being processed to CONGRESS in order to provide consumer's with the best content from our NATION's COPYRIGHT.

**Solution.**

In order to fix the problem, Mr. Barajas is opening a bank with the Federal Reserve System titled, "adBank®". In supporting the Industry, the new Metrical System is the Entertainment Media Rating Administration set apart from the Media Rating Council. Apple Inc. is being granted the rights for television programming regarding AppleTV App. It shall be programmed by the adBank® Server's only. This will balance the fair competitive outlook with Premium Content vs. Subscription Content. Next, adBank's® Rating Administration shall govern the App Store's in order to regulate proper competitive Revenue. adBank® shall provide content developed from the Industry for FREE and accredit it's Copyright owner. Overall, the Metrical System is being transferred into a Bank for US Copyright Owner's. This shall secure all Compulsory Earnings and campaigning in 1 account. The Video Spec(s) are being copyrighted to match the distribution content from it's Copyright Owner's including Video Advertising. This solution improve's the overall spec on Television and Video Monetization. In regards to Covid-19, the population change regarding the defendant's atrocity on the plaintiff, resulted in many retailers filing for bankruptcy and slowed our economy. Many reasons for the slowdown was due to the fact that the demographics of Los Angeles was changed to Women and children more than Men. This brought an unstable balance to the entire economy which resulted in inflationary pressures. In order to fix this issue, a Earthquake is adequate and essential to the transition. Dropping prices in Real Estate in Los Angeles since home price's are already over the Million Margin, will require to -$100,000.00 in Los Angeles to fill in the gap between 2015-on going and raising the Real Estate everywhere else in America +100,000.00 shall fix inflation immediately. This will move a new diverse population back into Los Angeles since women can't afford to live in Los Angeles by themselves. Another incentive is the Stimulus Check Consumer's received during the epidemic. 2 paychecks we're driven out from the IRS and married couple's received the highest returns. In order to fix further issues, the IRS must return higher revenue to Single Individuals which could expect to stimulate the Market's VS. Married Couple's. Married couples have a higher DEMAND chance on Labor without a higher return than a Single Individual who could actually spend more that reflects actual signs on stimulus.

Federal Communications Commission
Washington, DC 20554

Approved By OMB
3060-0573

# AUTHORITY INTO BANK CONTROL
# OF THE UNITED STATES VIDEO COMPULSORY CIRCUIT



**Interagency Into Bank Control** ——
## SECTION I.  GENERAL INFORMATION

Correspondence ID #:

*1-4V27CBM*

| DATE: 05/18/2021 | 1.  New Circuit: Multi-Video/ **Ent. Media Compulsory** |
|---|---|

2.  Application for:  [X]  Assignment of Franchise into Bank      [X]  Transfer of Control into Bank Control

<mark>3.  Franchising Authority: Fabian Barajas</mark>

4.  Identify community where the system/franchise that is the subject of the assignment or transfer of control is located:

Hollywood, CA.

| 5.  Date system was acquired or (for system's constructed by the transferor/assignor) the date on which service was provided to the first subscriber in the franchise area: | **11/1/2014** |
|---|---|
| 6. Anticipated Commercial Date: | |

7.  Attach as an Exhibit a schedule of any and all additional information or material filed with this application that is identified in the franchise as required to be provided to the franchising authority when requesting its approval of the type of transaction that is the subject of this application.

Google Adsense Publisher
**pub-2764604254681079**

## PART  I - Copyright/ Business Owner:

1.  Indicate the name, mailing address, and telephone number of the owner:

| Legal name of Transferor/Assignor (if individual, list last name first) | | | |
|---|---|---|---|
| Fabian Barajas | | | |
| BANK IDENTIFICATION used for doing business as: | | Copyright Case Number: | |
| adBank | | 1-10447275159 | |
| Mailing street address or P.O. Box | | | |
| 10701 Western Ave 4 | | | |
| City | State | ZIP Code | Telephone No. (include area code) |
| Downey | CA | 90241 | |

2.(a)  Attach as an Exhibit a copy of the contract or agreement that provides for the assignment or transfer of control (including any exhibits or schedules thereto necessary in order to understand the terms thereof).  If there is only an oral agreement, reduce the terms to writing and attach. (Confidential trade, business, pricing or marketing information, or other information not otherwise publicly available, may be redacted).

Exhibit No.

(b)  Does the contract submitted in response to (a) above embody the full and complete agreement between the transferor/assignor and the transferee/assignee?

[X] Yes   [X] No

If No, explain in an Exhibit.
    Copyright Infringement Incident is currently targeting me and private data.

Request:
Special relief.

**MC-357**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | | | FOR COURT USE ONLY |
|---|---|---|---|

**Google Adsense et al.,**
**1600 Amphitheater Avenue**
**Mountain View, CA**

**Los Angeles Film School**
**6363 Sunset Blvd.**
**Hollywood, CA.**

**Barack Obama**
**1600 Pennsylvania Avenue**
**Washington D.C.**

TELEPHONE NO.:          FAX NO. *(Optional)*:

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*:

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

STREET
ADDRESS:

MAILING
ADDRESS:      CITY

AND ZIP CODE:

BRANCH NAME:

REGISTRAR BANK: adBank®

**PETITION FOR WITHDRAWAL OF FUNDS**
☐ **EX PARTE**

CASE NUMBER:

`* 1 - 4 V 2 7 C B M *`

1. Petitioner *(name)*:

   requests an order permitting the withdrawal of funds belonging to the person described below.

   UNDER VIDEO COMPULSORY ACCREDITATION: § 381.10 Cost of living adjustment.

   For purposes of this section, accreditation of institutions providing post-secondary education shall be determined by a regional or National accrediting agency recognized by the Council for Higher Education Accreditation or the United States Department of Education;

2. Account status:
   a. Name and title on account:
   b. Depository *(name)*:
      (1) Branch:
      (2) Address:
   c. Account number:
   d. Current balance:
   e. RTN: (Registered: )

   OPEN
   FABIAN BARAJAS
   Copyright Compulsory Circuit
   adBank®
   20th and Constitutional Avenue, Washington

   **$85,000,000.00**

3. Bank Account Deposit into other account:

   **$1,000,000.00**

   a. Name and title on account:
      (1) Branch:
      (2) Address:
   b. Account number:
   c. Current balance:
   d. RTN:

   **Fabian Barajas**
   **Bank Of America**

   **$-96**
   **121000358**

Form Adopted for Mandatory UseJudicial
Council of California MC-357 [Rev.
January 1, 2007]

**PETITION FOR WITHDRAWAL OF FUNDS**

Cal. Rules of Court, rules 3.1384, 7.954
*www.courtinfo.ca.gov*

MC−357

| CASE NAME: adBank® | CASE NUMBER: |
|---|---|

6. e. Previous withdrawals from this account *(select one)*:

(1) ☐ None.

(2) ☐ As follows:

    (a) Amount: $

    (b) Date:

    (c) Purpose:

☐ Additional withdrawals from this account described in Attachment 6e.

☐ Continued *(provide information relating to each additional account from which funds are to be withdrawn on a separate attachment designated as Attachment 6).*

7. Amount of funds to be disbursed under this petition:

    a. ☐ Balance of account or accounts.

    b. ☐ Other *(specific total amount to be disbursed):* $

8. Reasons for disbursement of funds:

    a. ☐ Emergency relief.

    b. ☐ Other *(describe):*

9. Other joint Settlement to whom funds will be distributed:

A joint judgement has been approved with this lawsuit concerning RADIO ROYALTIES. RADIO ROYALTIES shall be released to it's owner's after the Settlement Deposit for the plaintiff. VEVO is being sued for generating revenue Earnings from artists since 2009. The amount shall be secured to artists in adBank after the Settlement Deposit. REQUEST NO. 1: All royalty statements from January 1, 2009 to the present for each of the Songwriter Witnesses. REQUEST NO. 2: All royalty statements from January 1, 2009 to the present for each of the top 10% of Songwriters receiving royalties from each Music Publisher in each calendar year, including 2021 year to date. REQUEST NO. 3: All license agreements, and any amendments, extensions, or renewals of same, entered into by Music Publishers from January 1, 2009 to the present in which revenues of the licensee are allocated or subject to any form of reduction for purposes of calculating royalty payments. REQUEST NO. 4: All Blanket License agreements, and any amendments, extensions, or renewals of same, entered into by Music Publishers from January 1, 2009 to present. REQUEST NO. 5: Documents sufficient to show the corporate structure and relationships of all affiliated entities of each of BMG Rights Management, Kobalt Music Group, Sony Music Publishing, Universal Music Publishing Group, and Warner/Chappell Music.

This includes a LIME-WIRE and NAPSTER lawsuit against its developers as of 2000. The amount has been joint together with this settlement. To minimize any disruptive impact on the structure of the industries involved and on generally prevailing industry practices. To make determinations concerning the adjustment of the copyright royalty rates under section 111 solely in accordance with the following provisions: The rates established by section 111(d)(1)(B) is adjusted to reflect-- (i) national monetary inflation or deflation;

IF SETTLEMENT IS NOT DEPOSITED.

1. Economic Burden

You'll suffer economic harm due to actions (bank levy, wage garnishment, lien, etc.) or as a result of circumstances in your personal life (unable to pay bills, medical expenses, etc.).

You're facing a threat of adverse action. The action may be from FTB (lien, seizure of property) or by another party (eviction, repossession, utility cutoff).

You'll suffer significant costs if relief is not granted. Situations when FTB is unable to immediately make adjustments in order to resolve the account.

☐ Continued *(if there are additional payees, make a list and attach it to this petition as Attachment 9).*
*FINAL DECISION COURT PROCEEDING.*

2. Number of pages attached: _____

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

**FABIAN BARAJAS**

▶ *(signature)*

| (TYPE OR PRINT NAME) | (SIGNATURE OF CRJ: )) |
|---|---|
| | ☐ SIGNATURE FOLLOWS LAST ATTACHMENT |



THIS FORM IS EFFECTIVE FOR THE ACCOUNTING PERIOD B

*If you are filing for a prior accounting period, contact the Licensin*

**OFFICIAL BUSINESS**
**United States Copy**

| Television ID: | 12:00 AM | 12:30 AM | 1:00 AM | 1:30 AM | 2:00 AM |
|---|---|---|---|---|---|
| (LOCAL is redified as AUTO-GPS.) | | | | | |
| CBS | | | | | |
| Sport(s) | | | | | |
| New(s) | | | | | |
| **NBC** | | | | | |
| Sport(s) | | | | | |
| New(s) | | | | | |
| **FOX** | | | | | |
| Sport(s) | | | | | |
| New(s) | | | | | |
| Business | | | | | |
| PREMIUM | | | | | |
| A&E | | | | | |
| AMC | | | | | |
| AMERICAN AUCTION | | | | | |
| ANIMAL PLANET | | | | | |
| AQUI | | | | | |
| AUDIENCE NETWORK | | | | | |
| AXS | | | | | |
| BBC AMERICA | | | | | |
| BET | | | | | |
| FYI | | | | | |
| BRAVO | | | | | |
| BIG TEN NETWORK | | | | | |
| CENTRIC | | | | | |
| CHILLER | | | | | |
| CHURCH CHANNEL | | | | | |
| ADULT SWIM | | | | | |

CLOO
CMT
CNBC
CNBC WORLD
CNN
HLN
COMEDY CENTRAL
C-SPAN
C-SPAN 2
CURRENT TV
DESTINATION AMERICA
DISCOVERY CHANNEL
DISCOVERY FIT & HEALTH
INVESTIGATION DISCOVERY
WMYA 40 MNT
PIVOT
E! TV
ENCORE
ENCORE WEST
ENCORE ACTION
ENCORE DRAMA
ENCORE FAMILY
ENCORE LOVE
ENCORE SUSPENSE
ENCORE WESTERNS
ESPN
ESPN 2
ESPNEWS
ESPNU
EWTN
FOOD NETWORK
FOX MOVIE CHANNEL
FOX SOCCER
FUEL TV
FX
GALAVISION
UNIVISION
UNIVISION DEPORTES
GOD TV
GOLF CHANNEL
GAC
GAMESHOW NETWORK
HISTORY CHANNEL
H2
HALLMARK CHANNEL

| |
|---|
| HGTV |
| HITN |
| HOPE CHANNEL |
| HOME SHOPPING NETWORK |
| IFC |
| INSPIRATION NETWORK |
| LIFETIME |
| LIFETIME MOVIE NETWORK |
| LOGO |
| COOKING CHANNEL |
| MILITARY CHANNEL |
| MLB NETWORK |
| MSNBC |
| MTV |
| MTV 2 |
| MTVU |
| NASA |
| NATIONAL GEOGRAPHIC |
| NATIONAL GEOGRAPHIC WILD |
| NBA TV |
| NBC SPORT NETWORK |
| NFL NETWORK |
| NHL NETWORK |
| OVATION |
| OWN |
| OXYGEN |
| PURSUIT |
| REELZ |
| RFD TV |
| SCIENCE CHANNEL |
| SPEED |
| SPIKE TV |
| SPORTMAN CHANNEL |
| STYLE NETWORK |
| SUNDANCE |
| SYFY |
| TBN |
| TBN ENLACE |
| TBS |
| TCM |
| TCT NETWORK |
| TENNIS CHANNEL |
| TLC |
| MOVIE CHANNEL |

| |
|---|
| MOVIE CHANNEL WEST |
| TNT |
| TRAVEL CHANNEL |
| TRU TV |
| ONCE MEXICO |
| TV GUIDE CHANNEL |
| TV LAND |
| TV ONE |
| TWC SPORTS NET |
| TWC DEPORTES |
| USA |
| VELOCITY |
| WEATHER CHANNEL |
| WGN |
| VH-1 |
| VH-1 CLASSIC |
| V-ME |
| WE |
| MUSIC VIDEO CH. |
| APPLE MUSIC LIVE |
| World Starr Hip-Hop |

PLAYLIST SHUFFLE:

BEGINNING JANUARY 1, 2021.

ng Division for the correct form.

right Office

## AppleTv Live Listing(s)

The following television program

Live Viewership Meter is accredit

All Channels have been locally su

| **A** | **Television Program** |
| Television Server | adBank, Entertainm |
| | **Bank Address** |
| | 6363 Sunset Blvd. |
| | Hollywood, CA 900 |
| **B** | Live Server: |
| Service | AppleTV Live |
| | Reserved on a Time |
| | Viewed. |

| 2:30 AM | 3:00 AM | 3:30 AM | 4:00 AM | 4:30 AM | 5:00 AM | 5:30 AM | 6:00 AM | 6:30 AM |

## :  Video Copyright Campaign Compulsory.

ming is provided by adBank. WiFi Graphic Processor Programming FPS.
ed per viewer(s) and CPV Ad Monetization intermission breaks.
mmed into it's channel branding identity. MVCPV Audio Compulsory.

nmer: (Mainstream Media.)
nent Media Rating Administration

28

e Tab. Video Ad's are served based on all Ad Submission(s) + Ad's

| TOTAL COMPULSORY: |
| --- |
| $_____ |
| **Total SEC Interest's:** |
| $_____ |
| **Total AppleTV Live Earned** |
| $_____ |
| JANUARY 2022-JULY 2022 |

| 7:00 AM | 7:30 AM | 8:00 AM | 8:30 AM | 9:00 AM | 9:30 AM | 10:00 AM | 10:30 AM | 11:00 AM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

11:30 AM   12:00 PM

**MUSIC RECORD(s):**

Budgeted under the adBank Approprations Bill. Brought to you by          Billboard.com

1. Hollywood Record(s)
2. Capital Records(s)
3. Cash Money Record(s)
4. Warner Music Group
5. Universal Music Publishing Group
6. Bad Boy Entertainment
7. Interscope Record(s)
8. Def Jam Record(s)
9. Atlantic Records

Motion Picture Studio(s) s :
Budgeted under the adBank Apprioprations Bill.

1. Universal Pictures
2. Paramount Pictures
3. Warner Bros.
4. Sony Pictures: Tristar, Columbia Pictures
5. Dimension Films
6. 20th Century Studio's
7. MGM
8. United Artist's
9. Lionsgate
10. Miramax.com

**Copyright Correspondence ID:**



**\* 1 – 4 V 2 7 C B M \***

# United States Federal Court for the Copyright Compulsory Circuit

GRANTS,

FABIAN BARAJAS DBA: adBank®

**Private RTN:** _____     **REGISTRAR RTN:** _____

**Private ACC:** _____

To Compute his Settlement Deposit including but not limited to, any other future accredited funds and LEGAL TENDERS as indebtedness shall be. adBank® is the only authorized identity permitted to render transactions served by the server's. adBank® is a registrar of the Central Digital Currency Bank.

© 2022 All Rights Reserved.

*Television & Radio Royalty Circuit.*

**All Court Fee's are automatically waived.**

On February 8th, 2022

Approved OMB 0651-0009
No Expiration Date. U.S. Digital Currency. (USD)

**Copyright Correspondence ID:**





# United States Federal Court for the Copyright Compulsory Circuit

GRANTS,

FABIAN BARAJAS DBA: adBank®
6363 Sunset Blvd. *Floor 6*
Hollywood, CA

**Private RTN:**_____        **REGISTRAR RTN:**_____

**Private ACC:**_____

**16 Private Digital No.:**_____

**3 Digit Security Code:**_____            **Exp.**_____/_____

To Compute his Settlement Deposit including but not limited to, any other future accredited funds and LEGAL TENDERS as indebtedness, emergencies, strictly for private use and for other American purposes for whatever the case shall be. Subject to Trade Secret's. adBank® is the only authorized identity permitted to render transactions served by the server's. adBank® is a registrar of the Central Digital Currency Bank.

© 2022 All Rights Reserved. *Television & Radio Royalty Circuit. United State's Intellectual Property.* **All Court Fee's are automatically waived.**

On February 8th, 2022

CEO/adBank®/CSUSD Secretary

# Proof Of Funds

January 27th 2022

To whom it may concern,

Mr. Fabian Barajas has the availability of private funds for the purposes of Real Estate Investing, vehicle, large purchases and is a valued client. The client has Approved lines of credit in place and or available funds in the amount of $ **85,000,000.00.**

The client has immediate access to these funds and proof of funds for the amount Declared below. These funds are available immediately for wire transfer as instructed or directed for disbursement by the client. The available funds balance today is in the amount of $ **25,000,000.00.**

In the event you would like to verify these funds please address your calls to the contact information provided below and we will do all we can to assist you for the benefit our client.

Sincerely,

Library Of Congress
101 Independence Avenue NW
Washington D.C. 20559
202- 707-5000



*1-4V27CBM*